Bernard Mackell, Respondent, v. Henry G. Hilton, Appellant.—Appeal from a judgment and order of the General Term of the City Court affirming a judgment of said Court and denying a motion for a new trial. Rollin Tracy, for Appellant; Coffin & Smith, for Respondent. Affirmed, with costs, upon argument.

Jacob Blum, Respondent, v. Jacob Herman, Appellant.—Appeal from a judgment in favor of plaintiff and from order denying motion for a new trial. Wahle & Stone, for Appe lant; Max Altmayer, for Respondent. Affirmed, with costs, upon argument.

## SUPREME COURT, APPELLATE TERM, FEBRUARY, 1897.

Before DALY, P. J., McADAM and BISCHOFF, JJ

Joseph M. Biggert, Respondent, v. Edwin Nichols, Appellant.—Appeal from an order of the General Term of the City Court dismissing an appeal from order of Special Term. J. B. Sabine, for Appellant ; Cardozo & Nathan, for Respondent. Appeal dismissed, with costs, upon argument.

Joseph M. Biggert, Respondent, v. Henry C. Hicks, Appellant.—Appeal from an order and judgment of the General Term of the City Court affirming judgment of the Special Term. J. B. Sabine, for Appellant; Cardozo & Nathan, for Respondent. Affirmed upon argument

Charles R. Gregor et al., Respondents, v. John H. McKee. et al., Appellants —Appeal from a judgment of the General Term of the City Court affirming a judgmen in favor of plaintiffs entered upon a verdict. George W. McAdam, for Appellants; Wolf, Kohn & Ullman, for Respondents. Affirmed upon argument.

## SUPREME COURT, APPELLATE TERM, MARCH, 1897.

Before DALY, P. J., McADAM and BISCHOFF, JJ.

E. T. Goldberg, Appellant, v. Herman . C. Guentsche, et al., Respondents. — Appeal from an order of the General Term of the City Court affirming order of the Special Term. E. T. Goldberg, Appellant, in person ; William E. Morris, for Respondents. Affirmed upon argument.

The Burns & Barclay Co., Respondent, v. The Metropolitan Savings Bank, Appellant.—Appeal from a judgment of the General Term of the City Court affirming a judgment of said court in favor of plaint ff. Taylor & Thompson, for Appellant; Welch & Daniels, for Respondent. Affirmed upon argument.

Rudolph Halley, Respondent, v. Edward P. Hatch, Appellant. Appeal from a judgment and order of the General Term of the City Court affirming judgment entered on a verdict in favor of plaintiff and denying motion for a new trial. Henry Tompkins, for Appellant; Abraham Levy (Geo. P.

Nock, of counsel), for Respondent. Affirmed upon argument.

John Hannon, Respondent, v Patrick Gallagher, Appellant.—Appeal from a judgment of the General Term of the City Court affirming judgment entered in favor of plaintiff. Hastings & Gleason, for Appellant; Jeroloman & Arrowsmith, for Respondent. Affirmed upon argument.

Thomas Flynn Respondent, v. William Neil, Appellant —Appeal from a judgment of the General Term of the City Court affirming a judgment of said court in favor of plaintiff. A. E. Hagemann, for Appellant; Jose E. Pidgeon (Alexander Cameron, of counsel), for Respondent. Appeal dismissed, with costs.

Max Gombossy, Respondent, v. Theodore Katz, Appellant.—Appeal from a judgment of the General Term of the City Court affirming judgment entered in favor of plaintiff. Goldfogle, Cohn & Lind, for Appellant; Herbert J. Hindes, for Respondent. Affirmed upon argument.